```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                        Criminal No. 10-cr-47-01-JD

<u>Luckenson Dorceant</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 14) filed by defendant is granted - continuance is limited to September 2010; Trial is continued to the two-week period beginning September 8, 2010, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                          <u>**/s/ Joseph A. DiClerico, Jr.**</u>
                                          Joseph A. DiClerico, Jr.
                                          United States District Judge

Date:  May 26, 2010

cc:   Harry C. Batchelder, Jr., Esq.
      Debra Walsh, Esq.
      Donald Feith, Esq.
      U.S. Marshal
      U.S. Probation