UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                            Criminal No. 10-cr-47-01-JD

<u>Luckenson Dorceant</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 31) filed by defendant is granted - continuance is limited to November 9, 2010; Trial is continued to the two-week period beginning November 9, 2010, 9:30 AM.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                              <u>*/s/ Joseph A. DiClerico, Jr.*</u>
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

Date:  August 6, 2010

cc:  James Gleason, Esq.
     Donald Feith, Esq.
     Debra Walsh, Esq.
     U.S. Marshal
     U.S. Probation