UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                     Criminal No. 10-cr-47-01-JD

Luckenson Dorceant

O R D E R

    The assented to motion to reschedule jury trial (document no. 38) filed by defendant is granted. Trial is continued to the two-week period beginning December 7, 2010, 9:30 AM.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                            /s/ Joseph A. DiClerico, Jr.
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

Date: October 20, 2010

cc: James Gleason, Esq.
    Debra Walsh, Esq.
    Donald Feith, Esq.
    U.S. Marshal
    U.S. Probation